IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

C & J EQUIPMENT MANUFACTURING
CORPORATION, a New Mexico corporation,

       Plaintiff,

v.

MICHAEL JASON GRADY;
MICHAEL E. GRADY;
TWIN PAK LLC, a New Mexico limited
liability company; J & M BALING, INC., a
New Mexico corporation; and GRADY PRESS
TRAILERS, LLC, a New Mexico limited liability
company,

       Defendants.

And

MICHAEL JASON GRADY;
MICHAEL E. GRADY;
TWIN PAK LLC, a New Mexico limited
liability company; J & M BALING, INC., a
New Mexico corporation; and GRADY PRESS
TRAILERS, LLC, a New Mexico limited liability
company,

       Counterclaimants,

v.

C & J EQUIPMENT MANUFACTURING
CORPORATION, a New Mexico corporation,

       Counterdefendant,

And

MICHAEL JASON GRADY;
MICHAEL E. GRADY;
TWIN PAK LLC, a New Mexico limited
liability company; J & M BALING, INC., a
New Mexico corporation; and GRADY PRESS

Case No. 1:23-cv-00099-MV-SCY

TRAILERS, LLC, a New Mexico limited liability company,

       Third Party Plaintiff,

v.

CHAD THORNTON, as President of C&J Equipment Manufacturing Corporation, and in his personal capacity,

       Third Party Defendant.

## ORDER OF DISMISSAL

This matter comes before the Court on the Joint Motion to Dismiss with Prejudice [Doc. 190]. The Court finds that the Motion is well-taken and should be granted.

IT IS ORDERED that this action is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, including all claims, counterclaims, and third-party claims that were or could have been brought in this action, with each party to bear their own fees and costs.

                                          **THE HONORABLE MARTHA VÁZQUEZ**
                                          **SENIOR UNITED STATES DISTRICT JUDGE**